IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANNE MARGARET HANSELL<br>*Plaintiff*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security[1]<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-5476 |

# O R D E R

**AND NOW**, this 17th day of October 2017, upon a careful and independent consideration of the administrative record, [ECF 6], the *Report and Recommendation* (the "R&R") issued on April 4, 2017, by the Honorable Jacob P. Hart, United States Magistrate Judge, [ECF 10], the objections to the R&R filed by Plaintiff Maryanne Margaret Hansell ("Plaintiff"), [ECF 11], and Defendant's response to Plaintiff's objections, [ECF 15], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Plaintiff's objections are **OVERRULED**;

2. The R&R is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **DENIED**;

4. The decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED**; and

5. The Clerk of Court is directed to mark this matter **CLOSED**.

               **BY THE COURT:**

               */s/ Nitza I. Quiñones Alejandro*
               **NITZA I. QUIÑONES ALEJANDRO**
               *Judge, United States District Court*

---

[1] At the time Plaintiff filed her complaint, Carolyn W. Colvin ("Colvin") was the Acting Commissioner of Social Security. On January 23, 2017, Nancy A. Berryhill ("Berryhill") succeeded Colvin as Acting Commissioner. Thus, pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d).